United States District Court
Southern District of Texas
**ENTERED**
January 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LINDA SPURLOCK, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-364 |
| AMGUARD INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

Pursuant to the court's order granting the defendant's motion to dismiss, Dkt. 16, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 5th day of January, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE